UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN, NEW JERSEY

JOHN RODRIGUEZ

                   Plaintiff(s)       :     **JUDGMENT**

      (vs)                  :

                                  Civil #10-05364   (RBK)

BAYSIDE STATE PRISON, ET AL.      :

                             :

               Defendant(s)

-------------------------------------------------------------------------

     The Hon. John W. Bissell, Special Master, appointed by this Court

having found on December 14, 2011, and no timely objection having been filed,

     IT IS, on this 20th day of March,  2012

     ORDERED that the report of Hon. John W. Bissell dated December 14, 2011

is hereby affirmed and Judgment be entered in favor of **plaintiff John Rodriguez**

and against **defendants William Fauver, Gary Hilton and Scott Faunce** in the amount of

$8,000.00 in compensatory damages together with costs of  suit, prejudgment interest and

reasonable counsel fees.

     IT IS FURTHER ORDERED that all claims against remaining defendants be and

hereby are dismissed.

                                               _____

                           HON. ROBERT B. KUGLER, U.S.D.J.